```
Brian F. Buchanan, SBN 086017
Jeremy Friedman, SBN 249706
BUCHANAN & PATTERSON, LLP
300 South Grand Ave., Suite 2400
Los Angeles, California 90071
Telephone: (213) 628-7800
Facsimile:  (213) 628-7801
E-mail:   bbuchanan@bplawllp.com

Attorneys for Plaintiff
WALKER & ZANGER, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALKER & ZANGER, INC., a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LA CASTELLON TILE & STONE, INC., a corporation (dba LA CASTELLON TILE/HARDWOOD/BATH, CHEAPERFLOORS.COM, YFLOOR.COM, LA CASTELLON.COM); LA CASTELLON, INC., a corporation (dba LA CASTELLON TILE/HARDWOOD/BATH, CHEAPERFLOORS.COM, YFLOOR.COM, LA CASTELLON.COM) and DOES 1-100,<br><br>Defendants. | Case No.  C-13 774 MEJ<br>Assigned to Magistrate Judge Maria-Elena James, San Francisco Courthouse, Courtroom B<br><br>[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT MOHAMED (AKA MAX) GURDAL ERTEM (DESIGNATED AS DOE 1) |

This Consent Judgment and Permanent Injunction is made pursuant to the terms of the parties' settlement of this action and the concurrently filed Stipulation for [Proposed] Consent Judgment and Permanent Injunction as to Defendant Mohamed (aka Max) Gurdal Ertem (Designated as Doe 1) with reference to the following facts:

A.      Plaintiff WALKER & ZANGER, INC. (hereinafter, "Plaintiff" or "Walker Zanger") in this action has alleged I(*inter alia*) trademark infringement, trademark dilution, false

designation of origin, and false advertising and unfair competition in violation of the Lanham Act, and unfair competition under California State law against LA CASTELLON TILE & STONE, INC., LA CASTELLON, INC. and DOES 1-100 (collectively, "Defendants"), arising out of postings on CheaperFloors.com, on Walker Zanger's Facebook page, and on online directories (DesignBiz.com, FloorBiz.com, and Tile-Stone-Stores.com) and has sought monetary damages and injunctive relief against Defendants' continued alleged false advertising, unfair business practices, and infringing use of Walker Zanger's trademarks and copyrighted material. Walker Zanger in this action has also sought *(inter alia)* reimbursement of its attorney fees and costs.

B. MOHAMED (AKA MAX) GURDAL ERTEM ("Ertem"), an individual, who presently does business in Nevada at 2780 South Jones Boulevard, Suite 3728, Las Vegas, Nevada 89146, has represented that he owns and operates hundreds of domain names and websites, including (without limitation) CheaperFloors.com and YFloor.com. The above-mentioned postings (on CheaperFloors.com, no Walker Zanger's Facebook page, and on online directories (DesignBiz.com, FloorBiz.com, and Tile-Stone-Stores.com)) were done by Ertem and/or his agents or employees (including, without limitation, persons who presently use or have previously used the names Brice Lee and Wee Le). Persons who presently use or have previously used the names Brice Lee and Wee Le are presently agents and employees of Ertem and are presently subject to Ertem's direction and control.

C. Walker Zanger has filed a DOE AMENDMENT TO COMPLAINT (DESIGNATING MOHAMED (AKA MAX) GURDAL ERTEM AS DOE 1) which designates Ertem as Defendant DOE 1 in the Lawsuit. Ertem has accepted service of the Summons and Complaint and the DOE AMENDMENT TO COMPLAINT (DESIGNATING MOHAMED (aka MAX) GURDAL ERTEM AS DOE 1). Ertem (by signing the accompanying stipulation or otherwise) has made a general appearance in this case. Ertem has irrevocably consented to the jurisdiction of this Court.

D. Ertem has represented that he is no longer affiliated with LA CASTELLON TILE & STONE, INC. or LA CASTELLON, INC. and, in reliance upon Ertem's representations, Walker Zanger has filed a notice of dismissal of LA CASTELLON TILE & STONE, INC. and LA

1 | CASTELLON, INC. from this action.

2     E.    Walker Zanger has acquired and uses trademarks, including (without limitation) the following:

- "WALKER & ZANGER," U.S. Registration Nos. 2,682,961 and 3,188,720;
- "WALKER & ZANGER," U.S. Registration No. 2,222,404;
- "COTE D'OR," U.S. Registration No. 2,723,661;
- "IMPERIUM," U.S. Registration No. 2,842,228;
- "OPUS ANTICATO," U.S. Registration No. 2,680,352;
- "PARADIGM," U.S. Registration No. 3,166,241;
- "PAVIA ANTICO," U.S. Registration No. 3,440,638;
- "SHABUT," U.S. Registration No. 2,668,559;
- "TRIBECA," U.S. Registration No. 2,831,239; and
- "WATERFALL," U.S. Registration No. 3,725,145.

    F.    Walker Zanger sells and distributes its products *(inter alia)* through its own showrooms and catalogues, as well as through its authorized dealers. Neither Ertem nor any of his websites or entities (including, without limitation, CheaperFloors.com and YFloor.com) have ever been authorized Walker Zanger dealers.

    G.    Walker Zanger's allegations arise out of and relate to *(inter alia)* Ertem's alleged postings on CheaperFloors.com, on Walker Zanger's Facebook page, and on online directories (DesignBiz.com, FloorBiz.com, and Tile-Stone-Stores.com).

    H.    Ertem denies any wrongdoing but in order to resolve this dispute agree to the terms herein; and

    I.    Plaintiff Walker Zanger and Defendant Ertem have agreed to have the following Consent Judgment and Permanent Injunction, subject to this Court's approval.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

    1.    This Court has subject matter jurisdiction over the federal claims pursuant to 15

3

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT MOHAMED (AKA MAX) GURDAL ERTEM (DESIGNATED AS DOE 1)

1  U.S.C. § 1121, 28 U.S.C. §§ 1331, 1338(a) and 1338(b) and has supplemental jurisdiction over the
2  related state law claims pursuant to 28 U.S.C. § 1367.

4       A Permanent Injunction shall be entered as follows:
5       2.   Defendant MOHAMED (AKA MAX) GURDAL ERTEM, an individual
6  ("Ertem"), and all past and present and future agents, employees, attorneys, representatives,
7  assigns, trustees, successors, heirs, devisees, administrators, executors, and all other persons and
8  entities acting in concert or participation with Ertem, and all other persons and entities acting on
9  Ertem's behalf or under his direction or control (including, without limitation, Brice Lee, Wee Le,
10 CheaperFloors.com, YFloor.com, and all other websites owned or operated by Ertem at the
11 present time or in the future) shall now knowingly use in commerce any of the trademarks
12 "WALKER & ZANGER," U.S. Registration Nos. 2,682,961 and 3,188,720, "WALKER &
13 ZANGER     ," U.S. Registration No. 2,222,404, "COTE D'OR," U.S. Registration No.
14 2,723,661, "IMPERIUM," U.S. Registration No. 2,842,228, "OPUS ANTICATO," U.S.
15 Registration No. 2,680,352, "PARADIGM," U.S. Registration No. 3,166,241, "PAVIA
16 ANTICO," U.S. Registration No. 3,440,638, "SHABUT," U.S. Registration No. 2,668,559,
17 "TRIBECA," U.S. Registration No. 2,831,239, "WATERFALL," U.S. Registration No.
18 3,725,145, or any confusingly similar name or trademark, or any other trademark registered to or
19 used by Walker Zanger (or any confusingly similar name or trademark), in any marketing,
20 promotion, advertisement, distribution, sales, or which in connection with which such use is
21 otherwise likely to cause confusion or to cause mistake or to deceive (including, without
22 limitation, any usage on Facebook or CheaperFloors.com or YFloor.com or on any other website
23 (whether owned and operated by Ertem or by a third party) or any usage as meta tags, search
24 terms, domain names, or keywords anywhere on the Internet).
25      3.   Defendant MOHAMED (AKA MAX) GURDAL ERTEM, an individual
26 ("Ertem"), and all past, present and future agents, employees, attorneys, representatives, assigns,
27 trustees, successors, heirs, devisees, administrators, executors, and all other persons and entities
28 acting in concert or participation with Ertem, and all other persons and entities acting on Ertem's

behalf or under his direction or control (including, without limitation, Brice Lee, Wee Le, CheaperFloors.com, YFloor.com, and all other websites owned or operated by Ertem at the present time or in the future) shall not make any false designation of origin, false or misleading description of fact, or false or misleading representation of fact relating to Walker Zanger or any of its products. For example, without in any way limiting the above-stated terms, Defendant MOHAMED (AKA MAX) GURDAL ERTEM and all past, present and future agents, employees, attorneys, representatives, assigns, trustees, successors, heirs, devisees, administrators, executors, and all other persons and entities acting in concert or participation with Ertem, and all other persons and entities acting on Ertem's behalf or under his direction or control (including, without limitation, Brice Lee, Wee Le, CheaperFloors.com, YFloor.com, and all other websites owned or operated by Ertem) shall not state, represent, imply, or otherwise suggest that they carry, sell, distribute, or have ever carried, sold, or distributed any Walker Zanger products.

4.      Defendant MOHAMED (AKA MAX) GURDAL ERTEM, an individual ("Ertem"), and all past, present and future agents, employees, attorneys, representatives, assigns, trustees, successors, heirs, devisees, administrators, executors, and all other persons and entities acting in concert or participation with Ertem, and all other persons and entities acting on Ertem's behalf or under his direction or control (including, without limitation, Brice Lee, Wee Le, CheaperFloors.com, YFloor.com, and all other websites owned or operated by Ertem at the present time or in the future) shall not engage or participate in any act of selling, licensing, manufacturing, copying, reproducing, counterfeiting, publishing, posting on the Internet distributing, producing a colorable imitation of, publicly displaying, or otherwise using of any of Walker Zanger's copyrighted works (including, without limitation, Walker Zanger's products, as well as product designs and photographs and text from Walker Zanger's catalogues, Walker Zanger's webpage, Walker Zanger's promotional materials, and Walker Zanger's Facebook page) or any derivative works (of Walker Zanger's copyrighted works) or of otherwise infringing upon any of Walker Zanger's copyrights.

5.      Defendant MOHAMED (AKA MAX) GURDAL ERTEM, an individual ("Ertem"), and all past, present and future agents, employees, attorneys, representatives, assigns,

trustees, successors, heirs, devisees, administrators, executors, and all other persons and entities acting in concert or participation with Ertem, and all other persons and entities acting on Ertem's behalf or under his direction or control (including, without limitation, Brice Lee, Wee Le, CheaperFloors.com, YFloor.com, and all other websites owned or operated by Ertem at the present time or in the future) shall not engage or participate in any act of selling or publicly displaying any genuine Walker Zanger products.

6. Defendant MOHAMED (AKA MAX) GURDAL ERTEM, an individual ("Ertem"), and all past, present and future agents, employees, attorneys, representatives, assigns, trustees, successors, heirs, devisees, administrators, executors, and all other persons and entities acting in concert or participation with Ertem, and all other persons and entities acting on Ertem's behalf or under his direction or control (including, without limitation, Brice Lee, Wee Le, CheaperFloors.com, YFloor.com, and all other websites owned or operated by Ertem at the present time or in the future) shall not engage or participate in any act of making or creating (or of attempting to make or create) any link, tag, posting, entry of text, or other input on Walker Zanger's Facebook page or on any other webpage which Walker Zanger owns or operates.

7. Defendant MOHAMED (AKA MAX) GURDAL ERTEM, an individual ("Ertem"), and all past, present and future agents, employees, attorneys, representatives, assigns, trustees, successors, heirs, devisees, administrators, executors, and all other persons and entities acting in concert or participation with Ertem, and all other persons and entities acting on Ertem's behalf or under his direction or control (including, without limitation, Brice Lee, Wee Le, CheaperFloors.com, YFloor.com, and all other websites owned or operated by Ertem at the present time or in the future) shall not engage or participate in any act otherwise infringing WALKER ZANGER'S rights.

8. In the event that either Plaintiff Walker Zanger or Defendant Ertem or any related parties are required to make application to this Court to enforce the terms of this Consent Judgment or the parties' confidential Settlement Agreement, such prevailing party shall be entitled to recover from the non-prevailing other party (or parties), all reasonable attorney fees and expenses related to such enforcement and appropriate sanctions in the discretion of this Court.

9. This Court shall retain subject matter and personal jurisdiction over the parties for the interpretation and enforcement for all purposes of the parties' said confidential Settlement Agreement and this Consent Judgment and Permanent Injunction.

Dated: May 2, 2013

_____
United States District Court Magistrate Judge
MARIA ELENA JAMES