UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WALKER & ZANGER, INC., | No. C 13-774 MEJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| LA CASTELLON TILE & STONE, INC., et al., | |
| Defendants. | |

On May 1, 2013, Plaintiff Walker & Zanger, Inc. voluntarily dismissed Defendants La Castellon Tile & Stone, Inc. and La Castellon, Inc. and filed a Stipulated Consent Judgment and Permanent Injunction as to Defendant Mohamed Gurdal Ertem (Designated at Doe 1). Dkt. Nos. 13, 14. On May 2, the Court granted Plaintiff and Ertem's consent judgment, retaining jurisdiction to the parties' consent judgment and injunction. Dkt. No. 15. Accordingly, the Court hereby DISMISSES this case.

**IT IS SO ORDERED.**

Dated: May 20, 2013

_____
Maria-Elena James
United States Magistrate Judge